**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| ARDE'S BISTRO & CATERING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-05079-SRB |
| | ) | |
| CORELOGIC, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING JOHN DOE**

This matter is before the Court sua sponte. For the reasons below, Defendant John Doe is DISMISSED without prejudice.

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) . . . ." Fed. R. Civ. P. 4(c)(1). Rule 4(m), in turn, states, "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The court must give the plaintiff an extension of time if the plaintiff demonstrates good cause for its failure to complete service. Id.

Plaintiff filed a complaint against John Doe on October 2, 2014 (Doc. #21), so it had until January 30, 2015, to serve him. See id. After Plaintiff apparently failed to serve John Doe by that deadline, the Court gave notice that it was considering dismissing the case against John Doe. (Doc. #80 at 9). The Court ordered Plaintiff to show cause within fourteen days. (Id.). More than fourteen days have passed, and Plaintiff has failed to respond, much less demonstrate good cause for its failure to serve John Doe. Accordingly, it is hereby

**ORDERED** that John Doe is DISMISSED without prejudice. See Fed. R. Civ. P. 4(m).

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Date: September 2, 2015
Kansas City, Missouri